FILED
December 5, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-504 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CYNTHIA CORN, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Cynthia Corn</u>; Case <u>2:11-cr-504 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured Appearance Bond in the amount of $50,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/5/2011</u> at <u>2:30</u>.

By _____
Kendall J. Newman
United States Magistrate Judge