BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0504-04 WBS |
|---|---|
| Plaintiff, | STIPULATION RE CYNTHIA CORN RESTITUTION AND [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| CYNTHIA CORN, | DATE: November 17, 2014 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record, and defendant Cynthia Corn, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a restitution hearing on November 17, 2014.

2. By this stipulation, defendant and plaintiff now move for the Court to issue an order setting the restitution amount owed by Ms. Corn to be $2,130,343.83.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The appropriate amount of restitution owed by Ms. Corn is $2,130,343.83.

   b. The restitution should be paid to the victims listed on the document Cynthia Corn Restitution Victims filed with the Clerk of the Court.

   c. Of this $2,130,343.83 in restitution, Ms. Corn should be joint and severally liable with the following individuals for the following amounts: Jewel Hinkles for the entire $2,130,343.83 and Brent Medearis for $193,500 of it.

4. The United States Probation Department has reviewed and supports this stipulation and proposed order.

IT IS SO STIPULATED.

Dated:  November 13, 2014                             BENJAMIN B. WAGNER
                                                      United States Attorney

                                                      /s/ LEE S. BICKLEY
                                                      LEE S. BICKLEY
                                                      Assistant United States Attorney


Dated:  November 13, 2014                             /s/ Lee Bickley for
                                                      JOHN MANNING
                                                      Counsel for Defendant
                                                      CYNTHIA CORN


### ORDER

IT IS SO FOUND AND ORDERED that defendant Cynthia Corn is ordered to pay $2,130,343.83 in restitution. Payment of restitution shall be by cashier's or certified check made payable to the Clerk of the Court. Of this $2,130,343.83 in restitution, Cynthia Corn is joint and severally liable with the following individuals for the following amounts: Jewel Hinkles for the entire $2,130,343.83 and Brent Medearis for $193,500 of it. The restitution hearing scheduled for November 17, 2014 is vacated as to defendant Cynthia Corn. A separate amended judgment and commitment order shall issue.

Dated:  November 13, 2014

                                                      WILLIAM B. SHUBB
                                                      UNITED STATES DISTRICT JUDGE