```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
CYNTHIA CORN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>CYNTHIA CORN<br><br>           Defendant. | Case No.: 2:11 CR 504-04 WBS<br><br>DEFENDANT'S MOTION TO MODIFY TURN IN DATE AND ~~PROPOSED~~ ORDER |

    Counsel for defendant Cynthia Corn, John R. Manning, Esq., hereby respectfully asks the court to modify and extend Ms. Corn's self surrender date from January 8, 2015, to February 12, 2015.

    Ms. Corn's 86 year old father will be having a series of M.D. appointments and tests in January as there is concern his prostate cancer has returned.  (Ms. Corn's father was diagnosed with prostate cancer some time ago, but it [the cancer] had been in remission.)

1

Because of his age, the number of appointments and the toll the tests and appointments take on him, Ms. Corn's father needs assistance getting to and from his appointments. Ms. Cor's father lives in Santa Clara and Ms. Corn, who lives in the Bay Area, is the closest relative able to assist in this process. (Ms. Corn's brother hopes to relocate to the Bay Area by February to take over responsibility for caring for both their father and mother.)

Counsel for the government, Lee S. Bickley, has been notified of this request and has no objection.

Dated: December 15, 2014
/s/ John R. Manning
John R. Manning
Attorney for
Cynthia Corn

**ORDER**

IT IS FOUND AND ORDERED.

Dated:  December 15, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE