John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
CYNTHIA CORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CYNTHIA CORN<br><br>　　　　　Defendant. | Case No.: 2:11 CR 504-04 WBS<br><br>DEFENDANT'S MOTION TO MODIFY TURN IN DATE AND ~~PROPOSED~~ ORDER |

　　　Counsel for defendant Cynthia Corn, John R. Manning, Esq., hereby respectfully asks the court to modify and extend Ms. Corn's self surrender date from February 12, 2015 to March 5, 2015.  (This court previously agreed to extend Ms. Corn's turn in date from January 8, 2015 to February 12, 2015.)

　　　On January 11, 2015, Ms. Corn's 16 year old niece, Kassidy Clark, was killed in a car crash (along with two other teenagers - see, http://www.komonews.com/news/local/3-teens-die-in-overnight-rollover-crash-near-Seabeck-288194801.html).  Because

1

of the resulting criminal investigation and the fact the funerals need to be held on different days so friends and loved ones can attend all three, there has been a delay in scheduling the services.  More specifically, while it is the family's plan to have a "public" service as soon as reasonably possible, the family plans to have a subsequent, private, ceremony where Kassidy's ashes will be scattered at one of her favorite places.  This private ceremony is tentatively scheduled for sometime either the week of February 9th or the 16th.  The "schedule" for this unfortunate event remains somewhat fluid as the family is, understandably, paralyzed with grief.  Therefore, it is respectfully requested this court modify Ms. Corn's turn in date from February 12, 2015, to March 5, 2015.

    Counsel for the government, Lee S. Bickley, has been notified of this request and has no objection.

Dated: January 26, 2015               /s/ John R. Manning
                                      John R. Manning
                                      Attorney for
                                      Cynthia Corn

**ORDER**

IT IS FOUND AND ORDERED.

Dated:  January 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2